■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIA MORRISON, Appellant.—Judgment unanimously reversed as a matter of discretion in the interest of justice and a new trial granted. (See *People v Egan*, 72 AD2d 239.) (Appeal from judgment of Monroe County Court—assault, second degree.) Present—Cardamone, J. P., Simons, Callahan, Doerr and Moule, JJ.